```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

LARRY PACK,                        )
                                   )
        Plaintiff,                )
                                   )
        v.                        )      C.A. No. 17-11161-PBS
                                   )
STEVEN SILVA, et al.,              )
                                   )
        Defendants.               )
                                   )

## ORDER

**November 21, 2017**

Saris, C.J.

    1.   The motion for leave to proceed in forma pauperis is GRANTED.  Pursuant to 28 U.S.C. § 1915(b)(1), the Court assesses an initial partial filing fee of $33.59.  The remainder of the fee, $316.41, shall be collected in accordance with 28 U.S.C. § 1915(b)(2).  The Clerk shall send a copy of this order to the treasurer of the institution having custody of Plaintiff.

    2.   The Clerk shall issue summonses and Plaintiff shall serve the summonses, complaint, and this order upon the defendants in accordance with Rule 4 of the Federal Rules of Civil Procedure.

    3.   Because Plaintiff is proceeding in forma pauperis, he may elect to have the United States Marshals Service ("USMS") complete service with all costs of service to be advanced by the United States.  If so asked by Plaintiff, the USMS shall serve a

copy of the summonses, complaint, and this order upon the defendants as directed by Plaintiff.  Plaintiff is responsible for providing the USMS all copies for service and for completing a USM-285 form for each party to be served.  The Clerk shall provide Plaintiff with forms and instructions for service by the USMS.

    4.   Plaintiff shall have 90 days from the date of the issuance of the summonses to complete service.

    5.   The motions for appointment of counsel are DENIED WITHOUT PREJUDICE to renewal after the defendants have been served with and responded to the complaint.

    SO ORDERED.

    /s/ Patti B. Saris  
    PATTI B. SARIS  
    CHIEF, U.S. DISTRICT JUDGE